IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

EARL THOMAS BROWN, JR.
    Plaintiff

v.                                          CIVIL ACTION NO.: 7:18-cv-00230

WILLIAM PAUL CHOWNING, JR.
    Defendant

### DISMISSED AGREED ORDER - FINAL ORDER

CAME THIS DAY the parties, by counsel, and represented to the Court that all issues in this matter have been compromised and settled. Accordingly, it is

ORDERED and DECREED that this case be and is hereby dismissed with prejudice to the Plaintiff, and it is

FURTHER ORDERED that the Clerk cause this matter to be stricken from the docket of this Court and forward attested copies of this entered Order to all counsel of record.

ENTERED: 10 / 29 / 19

_____
Judge

1